STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

NOT DESIGNATED FOR PUBLICATION

Gina Swift
In Proper Person
P. O. Box 84951
Baton Rouge LA 70884

**REHEARING ACTION: May 5, 2010**

**Docket Number: 09   01182-CA**

**GINA SWIFT, ET AL.**
**VERSUS**
**JUVENILE COURT, MRS. EMMA HAMER, ET AL.**

**Appealed from OTHER Parish Case No. C545,665**

**BEFORE JUDGES:**

>   Hon. James T. Genovese
>   Hon. Shannon J. Gremillion
>   Hon. David Ellis Chatelain

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Gina Swift and Brian Lewis** has this day been

>   **DENIED.**

cc: David G. Sanders, Counsel for the Appellee
    Patricia Hill Wilton, Counsel for the Appellee
    Gail N. McKay, Counsel for the Appellee
    Brian Lewis, In Proper Person